**Legal Structure**

