**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VELTI INC., *et al.*, | ) | Case No. 13-12878 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket No. 29** |

**CERTIFICATE OF SERVICE**

I, Sommer L. Ross, hereby certify that on November 6, 2013, I caused a copy of the *Notice of Appearance and Request for Service of Papers* [Docket No. 29] to be served upon the parties listed below in the manner so indicated:

**VIA HAND DELIVERY**
Stuart M. Brown, Esq.
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801

**VIA HAND DELIVERY**
Benjamin Hackman, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Richard A. Chesley, Esq.
Matthew M. Murphy, Esq.
Chun I. Jang, Esq.
DLA Piper LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 6 2013
Wilmington, Delaware

DUANE MORRIS LLP

*/s/ Sommer L. Ross*
Sommer L. Ross (No. 4598)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: slross@duanemorris.com

*Attorneys for Small Tree Media Incorporated*