| | |
|---|---|
| In re: | Chapter 11 |
| Velti Inc., *et al.*, | Case No. 13-12878 (PJW) |
| Debtors. | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **T-Mobile USA, Inc.**, Attn: Aram Meade, 12920 SE 38th Street, Bellevue, WA 98006, Phone: (425) 383-4222

2. **Sprint Nextel Corp.**, Attn: Juliette Morrow Campbell, 10002 Park Meadows Drive, Lone Tree, CO 80124, Phone: (720) 206-3689, Fax: (720) 206-3654

3. **Jesper Helt**, 773 Rolling Hills Lane, Pleasanton, CA 94566


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ *Benjamin Hackman* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: November 12, 2013

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Matt Murphy (DLA Piper LLP), Phone: (312) 368-4077, Fax: (312) 251-2177